

110 WEST FAYETTE STREET · ONE LINCOLN CENTER · SUITE 900 · SYRACUSE NEW YORK 13202 · P 315 422 1391 · F 315 422 3549♦

MICHAEL J. BALANOFF
LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN *
TIMOTHY M. LYNN
SHARON A. MCAULIFFE
LAWRENCE M. ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
LOWELL A. SEIFTER ‡
JAMES L. SONNEBORN
THOMAS E. TAYLOR **
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
EDWARD S. GREEN ‡
GARY J. LAVINE **
JACK R. LEBOWITZ
SIDNEY L. MANES

CECELIA R.S. CANNON
JASON J. CENTOLELLA
KATHLEEN FAULKNHAM CENTOLELLA
ANTHONY J. D'ELIA
EMILEE K. LAWSON HATCH ***
KIM V. HEYMAN ††
DAFNI S. KIRITSIS
SARA E. LOWENGARD
DAVID C. TEMES

ROBERT D. MCAULIFFE
1993-1995

DAVID A. YAFFEE
1986-2004

ALSO ADMITTED TO IL BAR *
ALSO ADMITTED TO DC BAR **
ALSO ADMITTED TO MA BAR ***
ALSO ADMITTED TO FL & PA BAR †
ALSO ADMITTED TO PA BAR ††
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

November 8, 2010

Clerk, U.S. Bankruptcy Court
Northern District of New York
220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

**Re:  Patrick W. and Julie C. Forget**
      **Case No.: 09-32830**

Dear Clerk:

Enclosed please find a check in the amount of $3.73 in relation to a proof of claim filed by One Communications, 528 Washington Avenue, North Haven, CT 06473. Additionally, for your convenience, enclosed please find a Claims Distribution Small Checks report.

Very truly yours,

GREEN & SEIFTER, ATTORNEYS, PLLC

Carolynn A. Murphy, Paralegal
to Michael J. Balanoff, Trustee

CAM/
Encl.
1477702.1

**RECEIVED**
NOV 17 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

**FILED**
NOV 17 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

WWW.GSLAW.COM

Printed: 11/08/10 04:20 PM

Page: 1

# Claims Distribution Small Checks

**Case:** 09-32830 - FORGET, PATRICK W.

**Trustee:** MICHAEL J. BALANOFF (520830)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9000253960266 | 112 | 11/08/10 | 8 | 01/28/10 | 610 | Payee: U.S. BANKRUPTCY COURT CLERK<br>One Communications<br>528 Washington Ave.<br>North Haven, CT 06473 | 201.38 | 201.38 | 3.73 | 3.73 |

Check Amount: $3.73

(*) Denotes objection to Amount Filed